1 | UNITED STATES DISTRICT COURT

2 | NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.

    Plaintiff,

    v.

E.S.I. CASSES AND ACCESSORIES, INC.,

    Defendant.
_____/

No. C 05-3258 PJH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The court having filed an order relating <u>Plantronics, Inc. v. Target Corporation</u>, Case No. 05-5232, to the instant case, the Case Management Conference currently scheduled for March 30, 2006 is hereby VACATED and CONTINUED to April 6, 2006 at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**SO ORDERED.**

Dated: February 24, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

1