IRELL & MANELLA LLP
Samuel K. Lu (171969)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
E-mail: slu@irell.com

David C. McPhie (231520)
840 Newport Center Drive, Suite 400
Los Angeles, California 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
E-mail: dmcphie@irell.com

Attorneys for Plaintiff
PLANTRONICS, INC.

SCOPELITIS GARVIN LIGHT & HANSON, LLP
Christopher C. McNatt, Jr.
790 East Colorado Boulevard, 9th Floor
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790
E-mail: cmcnatt@scopelitis.com

EZRA SUTTON, P.A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Telephone: (732) 634-3520
Facsimile: (732) 634-3511
E-mail: dparte@ezrasutton.com

Attorneys for Defendant
E.S.I. CASES AND ACCESSORIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>E.S.I. CASES AND ACCESSORIES, INC., a New York corporation,<br><br>Defendant. | Case No. CV 05-03258 PJH (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)** |

1  Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Plantronics, Inc. ("Plantronics") and Defendant
2  E.S.I. Cases and Accessories, Inc. ("ESI") hereby stipulate to dismissal with prejudice of the
3  instant action and all claims pleaded in the instant action (including Plantronics' claims against
4  ESI for infringement of United States Patent No. Des. 475,694 and United States Patent No. Des.
5  480,072, infringement of the trade dress of Plantronics' MX150 headset product, and unfair
6  competition under Cal. Bus. & Prof. Code § 17200), without the award of costs or expenses,
7  including attorneys' fees, to any party.

Dated: May 1, 2006                    IRELL & MANELLA LLP


                                      By:   /s/ Samuel K. Lu
                                            Samuel K. Lu
                                            Attorneys for Plaintiff
                                            PLANTRONICS, INC.


Dated: May 1, 2006                    EZRA SUTTON, P.A.


                                      By:   /s/ Ezra Sutton
                                            Ezra Sutton
                                            Attorney for Defendant
                                            E.S.I. CASES AND ACCESSORIES, INC.


**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Samuel K. Lu, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of May 2006 at Los Angeles, California.


                                      By:   /s/ Samuel K. Lu
                                            Samuel K. Lu
                                            Attorneys for Plaintiff
                                            PLANTRONICS, INC.

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 11, 2006

_____
Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On May 1, 2006, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)** on each interested party, as follows:

| | |
|---|---|
| Ezra Sutton, P.A. | Christopher C. McNatt, Jr. |
| Plaza 9, 900 Route 9 | Scopelitis Garvin Light & Hanson, LLP |
| Woodbridge, New Jersey 07095 | 790 East Colorado Boulevard, 9th Floor |
| Fax: (732) 634-3511 | Pasadena, California 91101 |
| | Fax: (626) 795-4790 |

[X]   (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as set forth above, with fees for overnight delivery paid or provided for.

    [X]   (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

    [ ]   (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

[X]   (BY FAX) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown above.

Executed on May 1, 2006, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

    Kent B. Jones                        /s/ Kent B Jones
  (Type or print name)                        (Signature)